# LANKLER SIFFERT & WOHL LLP

500 FIFTH AVENUE
NEW YORK, N.Y. 10110
+1.212.921.8399
WWW.LSWLAW.COM

WRITER'S DIRECT CONTACT:
+1.212.930.1203
MCOOGAN@LSWLAW.COM

September 23, 2022

<u>BY ECF</u>

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      **Re:** *Marie Vic Orenia Parucha v. Jean-Yves A. Magnan and Theresa L. Durso*, **No. 22 Civ. 7294 (PAE)**

Dear Judge Engelmayer:

      We were recently engaged to represent Defendants Jean-Yves A. Magnan and Theresa L. Durso in the above matter. We respectfully write to request an extension of Defendants' time to respond to Plaintiff's complaint, from September 28, 2022, to November 11, 2022. This is Defendants' first such request. The requested extension will not affect any other scheduled dates in this matter. Plaintiff's counsel has advised us that Plaintiff consents to this request.

      Respectfully,

Matthew G. Coogan

cc:    Counsel of Record (via ECF)